FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KERPER YENGLEE, :
:
       Petitioner :
: CIVIL NO. 1:CV-07-0031
    vs. :
: (Judge Caldwell)
DAVID DIGUGLIELMO, *ET AL.*, :
:
       Respondents. :


*O R D E R*


THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    This case is on remand from the Court of Appeals for the sole purpose of determining whether a certificate of appealability should be issued. Based on our Memorandum of November 6, 2008, (doc. 17), we will deny a certificate of appealiability.

    AND NOW, this 8th day of December, 2008, it is ordered that a certificate of appealability is denied.


                                            /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge